L. W. PEGRAM v. G. W. HESTER.

(Filed 17 May, 1910.)

**Appeal and Error—Exceptions—Rule 27—Procedure.**

Upon motion, the Supreme Court will affirm the judgment of the lower court for failure of the appellant to make the assignment of errors of record required by Rule 27, after examination of the record proper and no errors appearing thereon.

APPEAL by plaintiff from *E. B. Jones, J.,* at September Term, 1909, of FORSYTH.

*J. S. Grogan* for plaintiff.
*Lindsay Patterson* for defendant.

PER CURIAM. There are no assignments of error in the record, as required by Rule 27 of this Court. The appellant moves to affirm the judgment on that ground, and the motion must be allowed, there being no errors apparent on the face of the record proper. At the last term, in *Smith v. Manufacturing Company,* 151 N. C., 261, *Walker, J.,* said: "We must insist upon a strict compliance with the rule, which requires an assignment of errors relied on in this Court." Then, after giv-

ing the reason for the rule, he adds that without such assignments of error the Court would not enter upon a consideration of the case on its merits, but would examine the record proper only, and if no errors appeared thereon would affirm the judgment, as the Court had heretofore done, citing *Davis v. Wall,* 142 N. C., 450; *Marable v. R. R.,* 142 N. C., 564; *Lee v. Baird,* 146 N. C., 361; *Thompson v. R. R.,* 147 N. C., 412; *Ullery v. Guthrie,* 148 N. C., 417. The judgment is therefore

Affirmed.